**Order entered February 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00914-CR

### CODY JOHN HOLT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062011**

## ORDER

The Court **REINSTATES** the appeal.

On January 16, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; (3) counsel's explanation for the delay in filing appellant's brief is her workload, the size of the record, and personal issues; and (4) counsel indicated she would tender appellant's brief to the Court by February 9, 2015.

We **GRANT** appellant's February 9, 2015 second motion to extend time to file his brief and motion to accept a brief in excess of the word limit. We **ORDER** the appellant's brief received on February 9, 2015 filed of the date of this order.

On January 8, 2015, we received a supplemental clerk's record with a letter from counsel to court reporter Cindy Bardwell requesting preparation of a supplemental reporter's record from a hearing conducted in the trial court's chambers on April 1, 2014. The Court has not received a supplemental reporter's record from an April 1, 2014 proceeding, nor has Ms. Bardwell communicated with the Court regarding the status of that record.

Accordingly, we **ORDER** Cindy Bardwell, official court reporter of the 59th Judicial District Court, to file, within **TWENTY-ONE DAYS** of the date of this order, either the reporter's record from the April 1, 2014 proceedings or written verification that the proceedings in the trial court's chambers on April 1, 2014 were not recorded.

On January 14, 2015, appellant filed a motion to abate the appeal to allow the trial court to enter written findings of fact and conclusions of law with regards to the motion to suppress appellant's statement. It does not appear the issue of written findings of fact and conclusions of law was presented to the trial court while the appeal was abated.

Accordingly, we **ORDER** the trial court to prepare and file with this Court, within **TWENTY-ONE DAYS** of the date of this order, written findings of fact and conclusions of law regarding its ruling on appellant's motion to suppress his statement. *See* TEX. CODE CRIM. P. ANN. art. 38.22, § 6 (West Supp. 2014).

This appeal is **ABATED** to allow the trial court to comply with the above order regarding the written findings of fact and conclusions of law on the motion to suppress. The appeal shall be reinstated twenty-one days from the date of this order or when the findings of fact and conclusions of law are received, whichever is earlier.

/s/     LANA MYERS
        JUSTICE